## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Professional Towing & Recovery Operators of Illinois, an Illinois non-profit association; Wes's Service, Inc. and North Shore Towing, Inc. | FILED: JULY 18, 2008 |
| | 08CV4096 |
| v. | JUDGE DOW |
| Rod R. Blagojevich, Governor of the State of Illinois; Charles E. Box, Chairman of the Illinois Commerce Commission & Transportation Division and Lisa Madigan, Attorney General for the State of Illinois | MAGISTRATE JUDGE ASHMAN RCC |

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Professional Towing & Recovery Operators of Illinois, an Illinois non-profit association; Wes's Service, Inc. and North Shore Towing, Inc., Plaintiffs

| |
|---|
| NAME (Type or print) <br> Donald S. Rothschild |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Donald S. Rothschild |
| FIRM <br> Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. |
| STREET ADDRESS <br> 835 McClintock Drive, Second Floor |
| CITY/STATE/ZIP <br> Burr Ridge, IL 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2402963 (ILLINOIS) | TELEPHONE NUMBER <br> 630/655-9808 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐