## United States District Court for the Northern District of Illinois

Case Number: 08CV4096    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on _07/21/08_ as to CHARLES BOX,
                                    (Date)
LISA MADIGAN, ROD BLAGOJEVICH.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05