# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number:   **08 C 4096**

**Professional Towing & Recovery Operators of Illinois, et al.**                **Judge Dow**

v.

**Rod R. Blagojevich, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants: Lisa Madigan, Attorney General of Illinois and Charles E. Box, Chairman of the Illinois Commerce Commission**

| | |
|---|---|
| NAME (Type or print) <br> Thomas A. Ioppolo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Thomas A. Ioppolo | |
| FIRM <br> Office of the Illinois Attorney General | |
| STREET ADDRESS <br> 100 W. Randolph Street, 13th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1303686 | TELEPHONE NUMBER <br> (312) 814-7198 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐