# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 C 4096** |
| **Professional Towing and Recovery Operators of Illinois, et al.** | **Judge Dow** |
| v. | |
| **Rod R. Blagojevich, et al.** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants: Lisa Madigan, Attorney General of Illinois and Charles E. Box, Chairman of the Illinois Commerce Commission**

| |
|---|
| NAME (Type or print) <br> Alice E. Keane |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alice E. Keane |
| FIRM <br> Office of the Illinois Attorney General |
| STREET ADDRESS <br> 100 W. Randolph Street, 13th Fl. |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216333 | TELEPHONE NUMBER <br> (312) 814-3711 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐